UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x
                        :

UNITED STATES OF AMERICA     :

     - against -         :     18 - CR - 358 (ENV)

                        :

Jose Tomas Meneses     :

-------------------------------------------------------x

GOLD, S., U.S.M.J.:


### CONSENT TO HAVE A PLEA TAKEN BEFORE UNITED STATES MAGISTRATE JUDGE STEVEN M. GOLD

United States Magistrate Judge Steven M. Gold has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge Steven M. Gold. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Steven M. Gold.

_____
Defendant

_____
Attorney for the Defendant

Robert L. Capers
United States Attorney, E.D.N.Y.

By: _____
Assistant United States Attorney

S/ STeven M. Gold, U.S.M.J.

Dated: August 2, 2018
Brooklyn, New York

, VSMJ
6/2/18